DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Smith v. Richardson Sports Ltd. Partners<br><br>Case below:<br>172 N.C. App. 200 | No. 566P05 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1130-2)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Remand<br><br>4. Defs' Motion to Dismiss Plt's PDR | 1. Denied (06/29/06)<br><br>2. Dismissed as Moot (06/29/06)<br><br>3. Denied (06/29/06)<br><br>4. Dismissed as Moot (06/29/06)<br><br>**Timmons-Goodson, J., Recused** |
| Stark v. Ratashara<br><br>Case below:<br>177 N.C. App. 449 | No. 353P04-3 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1119) | Denied (06/29/06) |
| State v. Anderson<br><br>Case below:<br>177 N.C. App. 148 | No. 249P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-259)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed (06/29/06)<br><br>3. Denied (06/29/06) |
| State v. Autry<br><br>Case below:<br>176 N.C. App. 408 | No. 193P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-839)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed Ex Mero Motu (06/29/06)<br><br>2. Denied (06/29/06) |